IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02473-PSF-MJW

WESTERN STATES PATHOLOGY, INC.,
d/b/a Northern Colorado Cytology Services, Inc., a Colorado corporation,

   Plaintiff,

v.

RUFFDOGS, INC., a Colorado corporation,

   Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION (DKT. # 11)

This matter comes before the Court defendant's Motion for Reconsideration (Dkt. # 11) filed January 23, 2007, requesting this Court to reconsider its order remanding this case to the Larimer County District Court entered on January 19, 2007 (Dkt. # 9). As the motion does not present good cause for this Court to reconsider its order, the motion is DENIED.

   Dated: February 8, 2007

                                             BY THE COURT:

                                             s/ Phillip S. Figa
                                             _____
                                             Phillip S. Figa
                                             United States District Judge